# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ALEXANDRA DAVIS, | Case No. 20-CV-1813 (NEB/LIB) |
| Plaintiff, | |
| v. | |
| | ORDER OF DISMISSAL |
| PPC FARGO 45, INC. AND PRAIRIE PASTA COMPANY, INC. , | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on December 6, 2021 (ECF No. 16), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE and each party shall bear their own costs, disbursements, and attorneys' fees.

Dated: December 8, 2021　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/Nancy E. Brasel
　　　　　　　　　　　　　　　　Nancy E. Brasel
　　　　　　　　　　　　　　　　United States District Judge